UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS, BOSTON DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 18-11599 – FJB |
| | ) | |
| Thomas Morganelli | ) | Chapter 13 |
| Sharon Ferrell-Morganelli | ) | |
| | ) | |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO
NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING'S
MOTION FOR RELIEF**

1. A Motion for Relief was filed by NewRez LLC dba Shellpoint Mortgage Servicing on January 10, 2020.

2. Any Objections or Responses are due by January 24, 2020.

3. Counsel has not been able to contact the Clients regarding the Motion. Counsel requests a short extension of time to confer with the clients.

4. No prejudice to any party in interest will be caused by the granting of this motion.

Wherefore, Counsel respectfully requests that the deadline to respond be extended for seven (7) additional days or until January 31, 2020 and for other further relief as is just.

Respectfully submitted,

Dated: January 24, 2020

 */s/ Richard D. Smeloff*
Richard D. Smeloff
Smeloff & Associates
500 Granite Ave
3rd Floor
Milton MA 02186
(617) 690-2124
BBO# 567869

## CERTIFICATE OF SERVICE

I, Richard D. Smeloff, Esq., hereby certify that I have served a copy of the within Motion to the distribution service listed below.

Dated: January 24, 2020

**/s/ Richard D. Smeloff**
Richard D. Smeloff, Esq.

Korde & Associates, PC
900 Chelmsford Street
Suite 3102
Lowell, MA 01851